IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JAYLEN M. LEWIS
#97302                                                                                                  PLAINTIFF

v.                          Case No. 4:23-cv-01022-KGB

THOMPSON, Officer,
Pope County Detention Center                                                            DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 6). Plaintiff Jaylen M. Lewis has not filed any objections to the Recommended Disposition despite being given an extension of time in which to file objections (Dkt. No. 9). Accordingly, after careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's finding in all respects (Dkt. No. 6). The Court dismisses without prejudice Mr. Lewis's amended and supplemented complaint for failure to state a claim upon which relief may be granted (Dkt. Nos. 2; 8). The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from an Order adopting Judge Volpe's Recommended Disposition and the accompanying Judgment would not be taken in good faith. The Court recommends that, in the future, the dismissal of this action count as a strike for purposes of 28 U.S.C. § 1915(g).

It is so ordered this 28th day of January, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Judge