IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAYLEN M. LEWIS**
**#97302**             **PLAINTIFF**

v.          Case No. 4:23-cv-01022-KGB

**THOMPSON, Officer,**
**Pope County Detention Center**             **DEFENDANT**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Jaylen M. Lewis's complaint is dismissed without prejudice (Dkt. Nos. 2; 8). The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal in this action is considered frivolous and not taken in good faith.

So adjudged this 28th day of January, 2026.

                                                   _____
                                                   Kristine G. Baker
                                                   Chief United States District Judge